

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00349-CR

**FREDERICK MAURICE CRAVEN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 17-01241-CRF-272**

## MEMORANDUM OPINION

Frederick Maurice Craven appeals his plea of guilty to the offense of possession of a controlled substance. Craven's sentence was imposed on September 18, 2017. His notice of appeal was due October 18, 2017. It was not filed until October 3, 2019, almost two years late. Thus, Craven's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(2).

We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, this appeal is dismissed.

A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Craven desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed October 16, 2019
Do not publish
[CR25]

